FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 28 2011

JAMES N. HATTEN, Clerk
By: /s/
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRIC OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| KENDLE SANDERSON, and<br>JADE SANDERSON,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC, and<br>TRANS UNION, LLC,<br><br>    Defendants. | Civil Action File No.<br><br>1:11-cv-01248-AT-RGV |

## CONSENT ORDER

This matter is before the Court on the joint requests of Plaintiffs and Defendants to extend the time to file their Joint Preliminary Report and Discovery Plan, Certificate of Interested Persons and Initial Disclosures through and including July 15, 2011. Upon review of the file and good cause shown, it is hereby:

ORDERED that the parties shall have through and including July 15, 2011 to submit their Joint Preliminary Report and Discovery Plan, Certificate of Interested Persons and Initial Disclosures.

_Russell G. Vineyard_ 6/28/11
Hon. Russell G. Vineyard
United States Magistrate Judge
Northern District of Georgia

Prepared and consented to by:

**SKAAR & FEAGLE, LLP**

/s/ Justin T. Holcombe
Justin T. Holcombe
Georgia Bar No. 552100
331 Washington Ave.
Marietta, GA 30060
Tel: (770) 427-5600
Fax: (404) 601-1855
jholcombe@skaarandfeagle.com
Attorney for Plaintiffs Kendle
and Jade Sanderson

**KING & SPALDING, LLP**

/s/ Betsy L. Tate
Betsy L. Tate
Georgia Bar No. 401088
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
btate@kslaw.com
Attorney for Defendant Equifax
Information Services, LLC

**HAWKINS PARNELL THACKSTON & YOUNG, LLP**

/s/ Alex M. Barfield
Alex M. Barfield
Georgia Bar No. 037147
4000 SunTrust Plaza
303 Peachtree Street
Atlanta, GA 30308-3243
Tel: (404) 614-7400
Fax: (404) 614-7500
abarfield@hptylaw.com
Attorney for Defendant Trans Union, LLC