IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENDLE SANDERSON, ET AL,       :
                               :
        Plaintiffs,            :
                               :       CIVIL ACTION FILE NO.
     v.                        :
                               :       1:11-CV-1248-AT-RGV
EQUIFAX INFORMATION            :
SERVICES, LLC, ET AL,          :
                               :
        Defendants             :
_____:

**PLAINTIFFS' RESPONSE TO TRANSUNION'S
MOTION FOR PARTIAL DISMISSAL**

Plaintiffs respectfully show the Court that TransUnion's Motion for Partial

Dismissal [8] should be DENIED as MOOT.  Defendant TransUnion sought to

dismiss only Plaintiffs' prayer for injunctive relief.  Inasmuch as the Plaintiffs are

tendering an amended complaint which does not request the disputed relief,[1] upon

the Court's grant of leave to amend, the sole issue posed by TransUnion's motion

for partial dismissal will be MOOT.

_____

[1]      The amended complaint adds additional parties and narrows the
requested relief.  This is not a concession that TransUnion's arguments are
meritorious as to injunctive relief, but reflects a decision to streamline the case.

Accordingly, for all the above stated reasons, defendant TransUnion's Motion for Partial Dismissal should be DENIED as MOOT.

Respectfully submitted,

**SKAAR & FEAGLE, LLP**

by:　　/s/ Kris Skaar　　　　　　
　　　　Kris Skaar
　　　　Georgia Bar No. 649610
　　　　krisskaar@aol.com
　　　　P.O. Box 1478
　　　　331 Washington Ave.
　　　　Marietta, GA 30061-1478
　　　　770 / 427-5600
　　　　404 / 601-1855 fax

　　　　ATTORNEY FOR PLAINTIFFS